## Frank Borucki and Anna Beczak, Appellants, v. Robert McLaughlin, Appellee.

Gen. No. 45,317.

Gilbert L. Adamowski, Aaron R. Eppstein, and Leo K. Wykell, for appellants; Aaron R. Eppstein and Leo K. Wykell, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; John M. O'Connor, Jr., and Charles M. Rush, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed October 24, 1951; released for publication November 21, 1951.